# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Martha Stack

                                              Plaintiff,

v.                                                                Case No.: 1:21−cv−00041
                                                                                   Honorable Martha M. Pacold

Liberty Life Assurance Company of Boston

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 22, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion to dismiss action with prejudice [7] is granted. This case is hereby dismissed with prejudice and with the parties bearing their own costs, expenses, and attorneys' fees. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.